```
LAWRENCE G. BROWN
Acting United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse, Suite 4401
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1:08-cv-0527 OWW GSA |
|---|---|---|
| Plaintiff, | ) | STIPULATION REGARDING CASE SCHEDULE |
| v. | ) | ORDER |
| TIMBERLINE ENVIRONMENTAL SERVICES, TERRY NORTHCUTT AND JILL NORTHCUTT, | ) | |
| Defendants. | ) | |

Plaintiff United States of America ("United States") and Defendants Timberline Environmental Services, Terry Northcutt and Jill Northcutt (collectively "Defendants") respectfully submit this stipulation regarding the case schedule. The parties seek to extend the discovery and other dates in this case due to the out-of-country work schedule of key witnesses which has made scheduling depositions difficult. Additionally, the parties anticipate mediating once more discovery is completed.

1   Accordingly, the parties jointly request that the case
2   schedule be continued as follows:

|  | **Old Dates** | **New Dates** |
|---|---|---|
| Expert Witness Disclosure: | March 6, 2009 | June 5, 2009 |
| Supplemental Expert Disclosure: | March 27, 2009 | June 26, 2009 |
| Non-Expert Discovery cut-off: | February 20, 2009 | May 22, 2009 |
| Expert Discovery cut-off: | April 24, 2009 | July 24, 2009 |
| Non-dispositive motion filing deadline: | May 14, 2009 | August 14, 2009 |
| Dispositive motion filing deadline: | May 25, 2009 | August 25, 2009 |
| Settlement Conference: | May 6, 2009 | August 6, 2009 |
| Pretrial Conference: | August 3, 2009 | November 2, 2009 |
| Trial: | September 15, 2009 | January 12, 2010 |

Respectfully submitted,

Dated: January 14, 2009   LAWRENCE G. BROWN
Acting United States Attorney

/s/Stephanie Hamilton Borchers
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: January 13, 2009   LAW OFFICES OF
NISSON, PINCIN & HILL

/s/ Duane H. Timmons
DUANE H. TIMMONS
Attorney for Defendants
TIMBERLINE ENVIRONMENTAL
SERVICES, TERRY NORTHCUTT AND
JILL NORTHCUTT

-2-
STIPULATION REGARDING CASE SCHEDULE [PROPOSED ORDER]

IT IS SO ORDERED.

**Dated:   January 15, 2009**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE