LAWRENCE G. BROWN
Acting United States Attorney
E. ROBERT WRIGHT
Assistant United States Attorney
United States Courthouse
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900

Attorneys for Plaintiff, UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>TIMBERLINE ENVIRONMENTAL SERVICES, TERRY NORTHCUTT, AND JILL NORTHCUTT,<br><br>                Defendants. | Case No.: 1:08-cv-00527 OWW-GSA<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Plaintiff, United States of America, through its counsel of record, and Defendants, Timberline Environmental Services, Terry Northcutt, and Jill Northcutt, through their counsel of record, hereby stipulate and agree that this action is dismissed with prejudice, with all parties to bear their own costs.

                         Respectfully submitted,

Dated:   June 2, 2009    LAWRENCE G. BROWN
                         Acting United States Attorney


                    By:  /s/ E. Robert Wright
                         E. ROBERT WRIGHT
                         Assistant United States Attorney
                         Attorney for Plaintiff
                         United States of America

1
_____
**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE
AND [PROPOSED] ORDER**

```
Dated: June 2, 2009            (Per authorization on 6/2/09)

                               /s/ Timothy J. Nisson
                               TIMOTHY J. NISSON
                               NISSON, PINCIN, SINCLAIR,
                               HILL &  PERRINE
                               Attorney for Defendants
                               Timberline Environmental
                               Services, Terry Northcutt and
                               Jill Northcutt
```

   IT IS SO ORDERED.

**Dated:   June 2, 2009**            **/s/ Oliver W. Wanger**
                                UNITED STATES DISTRICT JUDGE

---
**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE
AND [PROPOSED] ORDER**